IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30276
Summary Calendar

_____


HAROLD KUEHLEWIND,

Plaintiff-Appellant,

versus

RICHARD MCGLONE,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-1106
- - - - - - - - - -
September 24, 1997

Before DUHÉ, DEMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[1]

Harold Kuehlewind, Louisiana Department of Corrections inmate #307957, appeals the grant of summary judgment dismissing his claim pursuant to 42 U.S.C. § 1983. Kuehlewind argues that his due process rights were violated when he was transferred from the Avoyelles Bunkie Detention Center to the Avoyelles Parish Jail without notice or a hearing. The facts show that Kuehlewind posed a risk to prison safety and security when he threatened to escape. Accordingly, since his transfer was for security purposes and not for punishment, his due process rights were not violated when he was transferred without notice or a hearing. See Sandin v. Conner, 115 S. Ct. 2293, 2300-02 (1995); Eason v. Thaler, 73 F.3d 1322,

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1325-27 (5th Cir. 1996).

AFFIRMED.